JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Brian Goddard, | ) | SACV 09-00356-JVS(MLGx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| Town and County Bank, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having issued an Order to Show Cause on _____September 24, 2009_____ as to why this action should not be dismissed for lack of prosecution, with a written response due on October 13, 2009, and no response having been made, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: October 15, 2009

_____
James V. Selna
United States District Judge